UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERICK BANEGAS-MALDONADO,        \*
        \*
    Petitioner,        \*
        \*
    v.        \*    Civil Action No. 1:25-cv-13819-IT
        \*
ANTONE MONIZ, et al.,        \*
        \*
    Respondents.        \*

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 7] granting Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by December 23, 2025, and Respondents' Status Report [Doc. No. 8] indicating a bond hearing was conducted, at which time Petitioner was granted bond and later released, this action is CLOSED.

IT IS SO ORDERED.

May 13, 2026        /s/ Indira Talwani
        United States District Judge